## EZRA BALDWIN *versus* JOSIAH S. BALDWIN.

JOURNAL ENTRIES (1827): *Journal 4:* (1) Rule to join in error *p. 131; (2) motion for reversal *p. 143; (3) rule to join in error *p. 144; (4) argued, submitted *p. 154; (5) judgment reversed *p. 155.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari, copy of affidavit, return; (3) assignment of error; (4–5) motions for rule to join in error; (6) copy of rule to join in error, acceptance of service; (7) motion for judgment for want of joinder; (8) joinder in error.

*1824–36 Calendar,* MS p. 147. Recorded in *Book C,* MS pp. 108–12.

## WILLIAM McDONALD *versus* JOHN MILLER, JAMES C. EDGERLY, AND WILLIAM OLDS.

JOURNAL ENTRIES (1827–31): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 134; (2) demurrer set for argument *p. 182; (3) continued *p. 216; (4) demurrer argued, submitted *p. 292; (5) demurrer overruled *p. 308; (6) case submitted *p. 375; (7) plea deemed an answer, leave given to answer further, motion for decree pro confesso *p. 376; (8) bill taken as confessed *p. 377; (9) motion to confirm master's report and to take bill as confessed *p. 413; (10) master's report confirmed nisi, bill taken as confessed nisi *p. 440; (11) rule confirming master's report and taking bill as confessed made absolute, decree *p. 448.

PAPERS IN FILE: (1) Bill of complaint, fiat for injunction; (2) recognizance for injunction; (3) transcript of J. P. record; (4) writ of injunction and return; (5) writ of subpoena and return; (6) receipt for costs of serving subpoena; (7) motion to dissolve injunction and to dismiss bill; (8) demurrer; (9) plea; (10) notice of hearing; (11) exceptions to plea, motion for reference; (12) report of master on exceptions; (13) answer; (14) draft of decree; (15) writ of ca. sa. for costs, return.

*Chancery Case 83 of 1827.*